

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ACE AMERICAN INSURANCE COMPANY, et al., Petitioners, | CIVIL ACTION |
| v. | |
| INTERSTATE SPECIALTY MARKETING, INC., *d/b/a* INTERSTATE SPECIALTY MARKETING *and/or* ISM, Respondent. | NO. 15-2528 |

## JUDGMENT

AND NOW, this 16th day of July 2015, it is hereby ORDERED that in accordance with Rule 58 of the Federal Rules of Civil Procedure, JUDGMENT is ENTERED at this moment in favor of petitioners ACE American Insurance Company and Westchester Surplus Lines Insurance Company and against respondent Interstate Specialty Marketing, Inc. d/b/a/ Interstate Specialty Marketing and/or ISM in the amount of $256,296.28.

The Clerk of Court is instructed to mark this case CLOSED for statistical purposes.

BY THE COURT:

Legrome D. Davis, J.

A TRUE COPY CERTIFIED FROM THE RECORD
DATED: AUG 03 2015
ATTEST: Steve Torres
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA